Washington, D. C., was on the brief, for appellant.

Mr. Harry T. Alexander, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll, Edward O. Fennell, and Harold H. Greene, Asst. U. S. Attys., were on the brief, for appellee.

Before EDGERTON, Chief Judge, and WILBUR K. MILLER and FAHY, Circuit Judges.

PER CURIAM.

On this appeal from a conviction of robbery, the defendant contends his right to a speedy trial was violated and also that the judge erred in refusing to receive, in support of a motion for a new trial, testimony regarding a discussion in the jury room. We find no error affecting substantial rights.

Affirmed.

Ward H. Oehmann, Washington, D. C., were on the brief, for appellees.

Mr. Robert B. Frank, Washington, D. C., entered an appearance for appellee Violet E. Orme.

Messrs. John E. Larson and Benton C. Tolley, Jr., Washington, D. C., entered appearances for appellee American Security & Trust Co.

Before EDGERTON, Chief Judge, and DANAHER and BURGER, Circuit Judges.

PER CURIAM.

The judgment appealed from involves interpretation of a will. We hold that the district court's construction of the will was correct and that being so we do not reach or pass on the other issues raised on appeal.

Affirmed.

---

**Edgar J. ORME, Appellant,**

v.

**Kathryn E. ORME et al., Appellees.**

No. 13259.

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 12, 1956.

Decided Jan. 31, 1957.

Mr. T. Peter Ansberry and Mr. Raymond D. Watts, Washington, D. C., with whom Mr. Farley W. Warner, Washington, D. C., was on the brief, for appellant.

Messrs. Charles S. Rhyne and Bernard I. Nordlinger, Washington, D. C., with whom Messrs. J. Parker Connor and

**Monroe T. PRATT, Appellant,**

v.

**Monette PRATT, Appellee.**

No. 13360.

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 10, 1957.

Decided Jan. 31, 1957.

